UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
M. DAVIS MANAGEMENT, INC.

     Debtor

_____/

M. DAVIS MANAGEMENT, INC.,

     Plaintiff,                            CASE NO.:    6:09-bk-02071-KSJ

v.

vs.,                                          Adversary Proc. No.: 6:10-ap-00237-KSJ

DENNIS ZINK and MICHELLE ZINK,

     Defendants,
and

FIFTH THIRD BANK,

     Garnishee.

_____/

**ANSWER TO WRIT OF GARNISHMENT,
DEMAND FOR GARNISHMENT FEE AND
<u>NOTICE OF DESIGNATION OF ELECTRONIC MAIL ADDRESSES</u>**

FIFTH THIRD BANK, Garnishee in the above-styled cause of action, answers the Writ

of Garnishment issued on August 27, 2021 and served upon Garnishee, FIFTH THIRD BANK,

on September 2, 2021 as follows:

1.     As of the time and date of service of the Writ, at the time of service of the

Answer, and at all times in between, Garnishee was and is not indebted to Defendant, DENNIS

ZINK.

2.     As of the time and date of service of the Writ, and at the time of this Answer, and

at any time between these dates, Garnishee was not and is not in possession or control of any

deposits, accounts, personal, tangible or intangible property belonging to Defendant, DENNIS

ZINK.

3.     Garnishee does not know of any person indebted to Defendant, DENNIS ZINK,

or who may have any of the property of Defendant, DENNIS ZINK, in his or her possession or

control.

4.     Garnishee has retained the law firm of Nelson Mullins Broad and Cassel to

represent it in this matter and will be expending a reasonable sum as attorneys' fees to respond to

this Writ.

5.     Pursuant to Fla. R. Jud. Admin 2.516(b)(1)(A), the undersigned hereby designates

its primary and secondary e-mail addresses ONLY AS IT PERTAINS TO THIS

GARNISHMENT MATTER as follows:

> Primary E- Mail Address:     Nicolette Vilmos – Nicolette.Vilmos@nelsonmullins.com
> Secondary Email Addresses: Katie Bartoo – Katie.Bartoo@nelsonmullins.com
> Erica Barahona – Erica.Barahona@nelsonmullins.com

6.     **Garnishee hereby requests the Plaintiff pay the $100.00 attorney fee of**

**garnishee, made payable to "Nelson Mullins Riley & Scarborough" in the above-styled**

**cause and mail to Nelson Mullins Broad and Cassel, c/o Mike Wilson, 390 N. Orange**

**Avenue, Suite 1400, Orlando, FL  32801.**

WHEREFORE, Garnishee requests the Court to determine said Garnishee's costs and

expenses including a minimum reasonable attorney's fee in the amount of $100.00, **made**

**payable to Nelson Mullins Riley & Scarborough,** and to tax such costs to judgment debtor(s)

pursuant to law, and further requests that the plaintiff immediately remit to the undersigned the

payment or part payment fee of Garnishee's attorney.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of September, 2021, I electronically filed the foregoing with the Clerk of the Courts by using the E-Portal system and furnished a true and correct copy of the foregoing via electronic mail to Richard B. Weinman, Esq. (rweinman@whww.com), Winderweedle, Haines Ward & Woodman, P.O. Box 880, Winter Park, FL 32790.

**NELSON MULLINS**
**BROAD AND CASSEL**
*Attorneys for Garnishee*

 */s/ Nicolette C. Vilmos*
**NICOLETTE C. VILMOS, ESQ.**
 Florida Bar No. 0469051
nicolette.vilmost@nelsonmullins.com
390 N. Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 839-4200
Facsimile:  (407) 650-0922
Katie.Bartoo@nelsonmullins.com
Erica.Barahona@nelsonmullins.com